UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCIS McARTHUR, | 1:02-cv-06629-OWW-SMS-P |
| Plaintiff, | **ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 22) |
| vs. | **ORDER DISMISSING ENTIRE ACTION** |
| PLEASANT VALLEY STATE PRISON, | |
| Defendant. | |

Plaintiff, Francis McArthur ("plaintiff"), is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On January 31, 2006, the Magistrate Judge filed Findings and Recommendations herein which were served on the parties and which contained notice to the parties that any objections to the Findings and Recommendations were to be filed within thirty (30) days. To date, the parties have not filed objections thereto.[1]

---

[1] The United States Postal Service returned the order served on plaintiff on February 14, 2006, as undeliverable. A notation on the envelope indicated: Return to Sender - Inmate no longer here. However, plaintiff has not notified the court of any change in his address. Absent such notice, service at a party's prior address is fully effective. See Local Rule 83-182(f).

1

1    In accordance with the provisions of 28 U.S.C.
2 § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a
3 <u>de</u> <u>novo</u> review of this case.  Having carefully reviewed the
4 entire file, the Court finds the Findings and Recommendations to
5 be supported by the record and by proper analysis.
6    Accordingly, IT IS HEREBY ORDERED that:
7    1.   The Findings and Recommendations, filed January 31,
8 2006, are ADOPTED in full; and,
9    2.   This action is DISMISSED in its entirety for
10 Plaintiff's failure to state a claim on which relief can be
11 granted.
12 IT IS SO ORDERED.
13 **Dated:   March 15, 2006**                    **/s/ Oliver W. Wanger**
emm0d6                                UNITED STATES DISTRICT JUDGE